SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00122-AN-03** |
| **v.** | **MOTION TO DISMISS INDICTMENT AS TO OLIVIA HARRIS** |
| **OLIVIA HARRIS,** | |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss the indictment in the above captioned filed on April 2, 2024 as to Olivia Harris, in the best interests of justice.  The government makes this motion in good faith and not for any improper reasons.

Dated: July 1, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney

**Motion to Dismiss Indictment Olivia Harris**                                                    **Page 1**